USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SPORN COMPANY, INC., BIXLER'S, INC., and PERRY SPORN,

Petitioners,

-against-

MICHAEL BUCZALA,

Respondent.

26 Misc. 554 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 5, 2026, Petitioners filed this action seeking a court order compelling Respondent, Michael Buczala, to comply with a subpoena *duces tecum* served on July 23, 2026, in connection with *United States of America ex rel. Steven Adler v. The Sporn Company, Inc., et al.*, No. 2:24 Civ. 00617 (D. Vt.). *See* Wasnofski Decl. ¶¶ 1–2, ECF No. 3. Petitioners stated that they "served a notice of subpoena for testimony from [] Buczala, seeking to depose him on November 19, 2026." Wasnofski Decl. ¶ 7. The Court was not assigned this matter until the evening of November 19, 2026. *See* ECF Entry 11/19/2026. By **November 23, 2026**, Petitioners shall file a letter indicating whether they still seek the relief sought in their November 5, 2026 filing. If so, Petitioners are directed to submit a revised proposed order to show cause.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge